Argued and submitted January 2, affirmed August 13, 2008

Salomon ALBARRAN,
*Petitioner-Appellant,*

*v.*

ALLSTATE INSURANCE COMPANY,
*Respondent-Respondent.*

Deschutes County Circuit Court
06CV0372SF; A134601

191 P3d 735

Jeffrey T. Eager argued the cause for appellant. With him on the briefs were Andrew C. Balyeat and Balyeat & Gregory, LLP.

Joel S. DeVore argued the cause for respondent. With him on the brief was Luvaas Cobb.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

Affirmed. *Vogelin v. American Family Mutual Ins. Co.,* 221 Or App 558, 191 P3d 687 (2008).